# United States District Court

Southern **DISTRICT OF** California

| In the Matter of the Search of |
|---|
| (Name, address or brief description of person or property to be searched) |
| Express Mail Parcel #EB494504062US addressed to Javier Diaz Urbanizacion Villas PE Loiza Calle 41LL21 Canobanas P.R 00729. The parcel has the return address information of Armando Diaz 1019 Imperial Beach Blvd Imperial Beach Cal 91932. |

**SEARCH WARRANT**

CASE NUMBER: 07 MJ 2682

TO:   Kelly E. Cain, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Kelly E. Cain   who has reason to
Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail Parcel #EB494504062US addressed to Javier Diaz Urbanizacion Villas PE Loiza Calle 41LL21 Canobanas P.R 00729. The parcel has the return address information of Armando Diaz 1019 Imperial Beach Blvd Imperial Beach Cal 91932 which is in the custody of the U. S. Postal Inspection Service.

in the Southern   District of California   there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   *NITA L. Stormes*
U. S. Judge or Magistrate
as required by law.

11-16-07 @ 11AM          at   San Diego, CA
Date and Time Issued               City and State

NITA L. STORMES
U.S. MAGISTRATE JUDGE
U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer



## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate                                                                 Date